# Youngblood v. The State.

APPEAL from the Circuit Court of Pike.

Tried before the Hon. J. W. FOSTER.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted of burglary. The only question presented on the present appeal, was as to the admissibility of evidence impeaching the testimony of the defendant, given while examined as a witness on the trial of the cause. This evidence was held admissible on the authority of *Roland v. State*, 105 Ala. 42.

Judgment affirmed.

Opinion by HARALSON, J.

---

# Holloway v. The State.

APPEAL from Mobile City Court.

Tried before the Hon. O. J. SEMMES.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted of larceny. On this appeal no point was reserved for review, and the appeal is dismissed.

Opinion PER CURIAM.

---

# Higginbotham *et al.* v. Higginbotham.

APPEAL from the Blount Probate Court.

Heard before the Hon. T. H. DAVIDSON.